1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Katharine Essick (State Bar #219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
   E-Mail:       jtamulski@edptlaw.com
5                kessick@edptlaw.com

6  Attorneys for Defendant
   THOR DAHL CONTAINERSHIP K.S.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 | NOLAN TURNER,                              | Case No: C 07-4377-EMC
12 |         Plaintiff,                         | **CERTIFICATE OF SERVICE**
13 | vs.                                        |
14 | THOR DAHL CONTAINERSHIP K.S., and DOES 1-20,|
15 |                                            |
16 |         Defendant.                         |

17         Roslyn Begun testifies as follows:

18         I am over the age of 18 years and not a party to this action.

19         My business address is 49 Stevenson Street, Suite 400, San Francisco, California 94015,

20 which is located in the city, county, and state where the mailing described below took place.

21         On August 29, 2007, I deposited in the United States Mail at San Francisco, California, a

22 copy of the following documents:

23    1.   Notice of Removal of Action under 28 U.S.C. §1441(b) (DIVERSITY);

24    2.   Order Setting Initial Case Management Conference and ADR Deadlines;

25    3.   Dispute Resolution Procedures in the Northern District of California;

26    4.   Notice of Assignment of Case to a United States Magistrate Judge for Trial;

27    5.   ECF Registration Information Handout

28
- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

**CERTIFICATE OF SERVICE**
U.S. District of Cal., Northern Dist., Action No. C 07-4377-EMC

G:\28000.004 HYUNDAI EXPLORER (Turner)\Pleadings\Certificate of Service-Order Setting Initial CMC & ADR Deadlines.doc

1  addressed as follows:

2      Patrick B. Streb, Esq.

3      Weltin Law Office, P.C.

4      1432 Martin Luther King Jr. Way

5      Oakland, CA 94612

6  I declare under penalty of perjury that the foregoing is true and correct.

7  Executed in San Francisco, California on August 29, 2007.

8

9        *Roslyn Begun*
      Roslyn Begun

EMARD DANOFF PORT
FAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
CERTIFICATE OF SERVICE
U.S. District of Cal., Northern Dist., Action No. C 07-4377-EMC

G:\28000.004 HYUNDAI EXPLORER (Turner)\Pleadings\Certificate of Service-Order Setting Initial CMC & ADR Deadlines.doc