EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick Snavely (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Telephone:      (415) 227-9455
Facsimile:      (415) 227-4255
E-Mail:          jtamulski@edptlaw.com
                 kessick@edptlaw.com

Attorneys for Defendant
THOR DAHL CONTAINERSHIP K.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN TURNER,<br><br>                      Plaintiff,<br><br>         vs.<br><br>THOR DAHL CONTAINERSHIP K.S., and DOES 1-20,<br><br>                      Defendant. | Case No.:  C07-04377 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a

United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

this case to a United States District Judge.

DATED:  November 5, 2007         EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By_____/s/ Katharine Essick Snavely_____
          James J. Tamulski
          Katharine Essick Snavely
Attorneys for Defendant
THOR DAHL CONTAINERSHIP K.S.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No C07-04377 EMC
G:\28000.004 HYUNDAI EXPLORER (Turner)\Pleadings\Obj to Magistrate.doc