UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


NOLAN TURNER

                                        Case No. C 07 4377

            Plaintiff(s),

        v.                              ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL
THOR DAHL CONTAINERSHIP
K.S., and DOES 1-20

            Defendant(s).
_____/


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: September 19, 2007

                                        _Marion Carlmar Skuld_
                                        [Party] *For and on behalf of*
                                        *Thor Dahl Containership K.S.*

Dated: Nov. 7 , 2007

                                        _____
                                        [Counsel] *Attorneys for Thor Dahl*
                                        *Containership KS*


When filing this document in ECF, please be sure to use the ADR Docket Event entitled
"ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."