United States District Court
For the Northern District of California

1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA
9
10   NOLAN TURNER,                                    Case No. 07-4377 EMC
11          Plaintiff,
12      v.
13   THOR DAHL CONTAINERSHIP K.S., et al.,
14          Defendants.
15   _____/
16
17              **NOTICE OF IMPENDING REASSIGNMENT TO**
18              **A UNITED STATES DISTRICT COURT JUDGE**
19      The Clerk of this Court will now randomly reassign this case to a United States District Judge
20   because either:
21      ( x )   One or more of the parties has requested reassignment to a United States District
22   Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
23
24      ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary
25   restraining order) that a United States Magistrate Judge may not take without the consent of all
26   parties, the necessary consents have not been secured, and time is of the essence.
27
28

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated:  November 14, 2007                              Richard W. Wieking, Clerk
                                                                        United States District Court


                                                                        _____
                                                                        By: Betty Fong, Deputy Clerk