# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: December 17, 2007

Case No.    C 07-4377  MHP                    Judge: MARILYN H. PATEL

Title: NOLAN TURNER -v- THOR DAHL CONTAINERSHIP KS

Attorneys:  Plf: Patrick Streb
                    Dft: James Tamulski

Deputy Clerk:  Anthony Bowser  Court Reporter: Katherine Powell

### PROCEEDINGS

1)   Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Underlying claims discussed; Depositions limited to 3/side; Mediation to be completed by 2/18/2008;

 A further status conference set for 3/17/2008 at 3:00 pm, with a joint supplemental status report due
not later than 3/10/2008.