EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Katharine Essick Snavely (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       jtamulski@edptlaw.com
              kessick@edptlaw.com

Attorneys for Defendant
THOR DAHL CONTAINERSHIP K.S.

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040
streb@pacbell.net

Attorneys for Plaintiff
NOLAN TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN TURNER,<br><br>           Plaintiff,<br><br>      vs.<br><br>THOR DAHL CONTAINERSHIP K.S., and DOES 1-20,<br><br>           Defendant. | Case No.: C07-04377 MHP<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br><br>Date:  March 17, 2008<br>Time:  3:00 p.m. |

The parties to the above-entitled action submit this Joint Supplemental Case Management Statement.

**1.    Discovery**

Since the initial case management conference, the following discovery has been taken: deposition of Plaintiff; deposition of two of his co-workers, Noel Roach and Phil Rodrigues;

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT
Case No C07-04377 MHP
G:\28000.004 HYUNDAI EXPLORER (Turner)\Pleadings\Joint Supplemental Case Management Statement.doc

independent medical examination of Plaintiff; interrogatories and requests for production; subpoenas of medical, union, and stevedore records. Defendant has received some records from medical providers but other subpoenas are still pending.

## 2. **Settlement and ADR**

The parties attended a private mediation before mediator Jack McGlynn (JAMS) on February 12, 2008. However, the case did not settle.

## 3. **Trial**

The Court has not yet set a trial date. The parties request that trial be set after January 1, 2009 but before March 15, 2009. The parties still agree that trial will take 5 court days.

DATED: March 10, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By_____/s/Katharine Essick Snavely_____
James J. Tamulski
Katharine Essick Snavely
Attorneys for Defendant
THOR DAHL CONTAINERSHIP K.S.

DATED: March 10, 2008          WELTIN LAW OFFICE

By_____/s/Patrick B. Streb_____
Patrick B. Streb
Attorneys for Plaintiff
NOLAN TURNER

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

_____/s/_____
Katharine Essick Snavely

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT
Case No C07-04377 MHP
G:\28000.004 HYUNDAI EXPLORER (Turner)\Pleadings\Joint Supplemental Case Management Statement.doc