**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 17, 2008

Case No.   C 07-4377  MHP              Judge: MARILYN H. PATEL

Title: NOLAN TURNER -v- THOR DAHL CONTAINERSHIP KS

Attorneys:  Plf:  Patrick Streb
            Dft: Katherine Essick Snavely

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status  Conference

2)

3)

**ORDERED AFTER HEARING:**

Discovery to be completed by 11/14/2008; Expert discovery to be completed by 12/19/2008;

Jury Trial set for 2/10/2009 at 8:30 pm;
Pretrial Conference set for 2/4/2009 at 3:00 pm, with all pretrial filings to be submitted ten days prior;

Further Mediation to be completed by 8/31/2008;