1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Katharine Essick (State Bar #219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:   (415) 227-9455
4  Facsimile:   (415) 227-4255
   E-Mail:      jtamulski@edptlaw.com
5               kessick@edptlaw.com

6  Attorneys for Defendants
   THOR DAHL CONTAINERSHIP K.S.
7  and JAHRE-WALLEM AS

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | NOLAN TURNER,                        | Case No.:  C07-04377 MHP
12 |                                      |
   |         Plaintiff,                   | **STIPULATION FOR DISMISSAL
13 |                                      | WITH PREJUDICE**
   |    vs.                               |
14 |                                      |
   | THOR DAHL CONTAINERSHIP K.S., and    |
15 | DOES 1-20,                           |
16 |         Defendant.                   |

1  The parties have settled the captioned matter and hereby stipulate that it be dismissed with
2  prejudice.
3  Dated: November 20, 2008    WELTIN LAW OFFICE, PC

   By _____
          Patrick B. Streb
   Attorneys for Plaintiff NOLAN C. TURNER JR.

7  Dated: November 17, 2008    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

   By _____
          James J. Tamulski
          Katharine Essick
   Attorneys for Defendants THOR DAHL CONTAINERSHIPS and
   JAHRE-WALLEM AS

**UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Marilyn H. Patel

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. C07-04377 MHP